THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Channack Keam, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2010-UP-264
 Submitted April 1, 2010  Filed April 29,
2010    

AFFIRMED

 
 
 
 J. Falkner Wilkes, of Greenville, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, Assistant Attorney General Alphonso Simon, Jr., all of
 Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Channack
 Keam was indicted for murder, found guilty by a jury, and sentenced to thirty
 years' imprisonment.  He appeals, arguing the trial court erred in refusing to
 charge the jury with involuntary manslaughter.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Bailey, 298 S.C. 1, 5-6, 377 S.E.2d 581, 584
 (1989) (holding an issue is not preserved for review when a party argues one
 ground in the trial and then an alternative ground on appeal); State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 694 (2003) ("A party may
 not argue one ground at trial and an alternate ground on appeal.").
AFFIRMED.
SHORT,
 WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.